IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WHOLE FOODS MARKET GROUP, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 17-cv-01079 |
| ) | |
| WICAL LIMITED PARTNERSHIP, ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFF'S NOTICE OF ERRATA
REGARDING VERIFIED COMPLAINT FOR DECLARATORY, INJUNCTIVE,
AND OTHER RELIEF**

Plaintiff, Whole Foods Market Group, Inc. ("Whole Foods" or "Plaintiff"), by and through its undersigned counsel, hereby submits a Notice of Errata Regarding Verified Complaint for Declaratory, Injunctive, and Other Relief (Docket No. 1) ("Complaint") filed on June 6, 2017. The Complaint inadvertently omitted Exhibit B, a copy of the May 15, 2017 "Notice of Default if Not Cured Within Fifteen (15) Business Days" ("Notice of Default") sent by Defendant to Plaintiff.

Plaintiff submits Exhibit B, the Notice of Default, as Attachment 1.

Date: June 19, 2017                                    Respectfully submitted,

                                                       WHOLE FOODS MARKET GROUP, INC.

                                                By:    */s/ Brian P. Waagner*
                                                       One of its attorneys

Brian P. Waagner (DC Bar No. 450823)
Husch Blackwell LLP
750 17th Street, NW, Suite 900
Washington, DC 20006
Phone: (202) 378-2355
Brian.Waagner@HuschBlackwell.com
*Counsel for the Plaintiff*

<u>Of Counsel:</u>
Norman B. Berger
Sandra D. Mertens
Gensburg, Calandriello & Kanter, P.C.
200 West Adams Street, Suite 2425
Chicago, IL 60606
Phone: (312) 263-2200
NBerger@gcklegal.com
SMertens@gcklegal.com
*Pro Hac Vice*
*Counsel for the Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that, on the 19th day of June, 2017, a copy of the foregoing *Plaintiff's Notice of Errata Regarding Verified Complaint for Declaratory, Injunctive, and Other Relief*, is being sent through the Court's CM/ECF System, and by email, to the following parties:

>Moxila A. Upadhyaya
>VENABLE LLP
>600 Massachusetts Avenue, NW
>Washington, DC 20001
>maupadhyaya@venable.com
>
>Kevin W. Weigand
>VENABLE LLP
>8010 Towers Crescent Drive, Suite 300
>Tysons Corner, VA 22182
>kwweigand@venable.com
>
>*Counsel for the Defendant*

By:   */s/ Brian P. Waagner*
Brian P. Waagner (DC Bar No. 450823)
Husch Blackwell LLP
750 17th Street, NW, Suite 900
Washington, DC 20006
Phone: (202) 378-2355
Brian.Waagner@HuschBlackwell.com
*Counsel for the Plaintiff*

Of Counsel:
Norman B. Berger
Sandra D. Mertens
Gensburg, Calandriello & Kanter, P.C.
200 West Adams Street, Suite 2425
Chicago, IL 60606
Phone: (312) 263-2200
NBerger@gcklegal.com
SMertens@gcklegal.com
*Pro Hac Vice*
*Counsel for the Plaintiff*