

**GROSSBERG YOCHELSON FOX & BEYDA** LLP

1200 New Hampshire Ave NW, Suite 555
Washington, D.C. 20036-6814

202-296-9696 • www.gyfb.com

May 15, 2017

**NOTICE OF DEFAULT IF NOT CURED WITHIN FIFTEEN (15) BUSINESS DAYS**

**By FedEx and Email**

Whole Foods Market Group, Inc.
Scott Allshouse
Regional President
5515 Security Lane, Suite 900
Rockville, MD 20852

Re:   Whole Foods Market at 2321 Wisconsin Avenue N.W., Washington D.C.

Dear Mr. Allshouse:

As you are aware our law firm represents Landlord in connection with that certain Lease Agreement dated March 10, 1994 (as amended, the "Lease") by and between Wical Limited Partnership ("Landlord") and Whole Foods Market Group, Inc., as successor in-interest to Bread & Circus, Inc. ("Tenant"). Any capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Lease.

By letter dated April 19, 2017 we advised that Tenant was required to reopen for business on or before May 13, 2017. As of this date Tenant has not reopened and it is our understanding that Tenant has elected not to reopen until it completes substantial renovations to the Premises, none of which we understand have even commenced.

Be advised that Tenant's failure to reopen for business within fifteen (15) business days after the date of this notice shall constitute a default by Tenant under the Lease entitling Landlord, inter alia, to terminate the Lease. Note also that while the cure period under the Lease for certain non-monetary defaults is subject to extension to include additional time required to cure the same under certain circumstances, those circumstances and such extension are not applicable in the case of a failure of Tenant to continuously operate its business at the Premises.

Be governed accordingly.

Sincerely,

Richard F. Levin

cc:   David C. Camp, Esq. (by email to DCamp@SennLaw.com)
      Sylvan Herman  (by email)
      Scott Ogden    (by email)
      Norah W. Smith, Whole Foods Market, 2964 Peachtree Road, #150, Atlanta, GA 30305