IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WHOLE FOODS MARKET GROUP, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 17-cv-01079 |
| ) | |
| WICAL LIMITED PARTNERSHIP, ) | |
| ) | |
| Defendant. ) | |

## AGREED ORDER

This matter, having been heard on June 16, 2017 for a status conference pursuant to the Court's June 14, 2017 Minute Order, counsel for both parties having appeared, the parties being in agreement as set forth below, and the Court being fully advised, it is hereby ORDERED that:

1. Defendant shall respond to Plaintiff's Verified Complaint for Declaratory, Injunctive, and Other Relief on or before July 17, 2017;

2. Defendant shall respond to Plaintiff's Emergency Motion for Entry of Temporary Restraining Order and Preliminary Injunction, and for Judicial Escrow of Plaintiff's Rents ("Emergency Motion"), on or before June 27, 2017;

3. Plaintiff shall reply in support of its Emergency Motion on or before July 11, 2017;

4. A hearing on Plaintiff's Emergency Motion will be held on July [19 or 20], 2017 at _____.m. in Courtroom 15;

5. Defendant maintains that Plaintiff is in breach and default of the Lease at issue in this case and that Defendant has all rights to terminate the Lease and seek all remedies pursuant to the Lease and applicable law. Plaintiff denies Defendant's position, and claims that Defendant is

in violation of the Lease. That said, given the pending Emergency Motion and without prejudice to any of its rights, arguments or positions in this matter or in any future dispute, Defendant agrees:

    a. Not to terminate its March 10, 1994 Lease Agreement with Plaintiff pursuant to its Notice of Default issued May 15, 2017 prior to either resolution of this matter by the parties or until this case is resolved in this Court; and

    b. Not to institute an eviction proceeding or seek possession of the Premises pursuant to its Notice of Default issued May 15, 2017 prior to either resolution of this matter by the parties or until this case is resolved in this Court.

6.    Norman B. Berger and Sandra D. Mertens are granted leave to appear in this matter *pro hac vice*.

SO ORDERED.

Date: _____     _____

    HON. JUDGE ROYCE C. LAMBERTH

/s/Brian P. Waagner_____     /s/Kevin W. Weigand_____
Brian P. Waagner (D.C. Bar No. 450823)     Moxila A. Upadhyaya (D.C. Bar # 494373)
Husch Blackwell LLP     Kevin W. Weigand (D.C. Bar # 1004998)
750 17th Street, NW, Suite 900     Venable LLP
Washington, D.C. 20006     600 Massachusetts Ave., NW
Phone: (202) 378-2355     Washington, D.C. 20001
Brian.Waagner@HuschBlackwell.com     Phone: (202) 344-4690
*Counsel for the Plaintiff*     MAUpadhyaya@Venable.com
    KWWeigand@venable.com
    *Counsel for the Defendant*

Of Counsel:
Norman B. Berger
Sandra D. Mertens
Gensburg, Calandriello & Kanter, P.C.
200 West Adams Street, Suite 2425
Chicago, Illinois 60606
Phone: (312) 263-2200
NBerger@gcklegal.com
SMertens@gcklegal.com
*Pro Hac Vice*
*Counsel for the Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 23rd day of June, 2017, I served a copy of the foregoing through the Court's CM/ECF System, which will send notification to the following:

>Brian P. Waagner
>Husch Blackwell LLP
>750 17th Street NW, Suite 900
>Washington, DC 20006
>Brian.Waagner@HuschBlackwell.com

>Norman B. Berger
>Sandra D. Mertens
>Gensburg, Calandriello & Kanter, P.C.
>200 West Adams Street, Suite 2425
>Chicago, Illinois 60606
>NBerger@gcklegal.com
>SMertens@gcklegal.com

>*Counsel for Plaintiff*

/s/     Kevin W. Weigand
Kevin W. Weigand