# EXHIBIT A

# AFFIDAVIT OF MARK HUGHES

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WHOLE FOODS MARKET GROUP, INC., )
                                )
    Plaintiff,                  )
                                )
v.                              )   Civil Action No. 1:17-cv-01079-RCL
                                )
WICAL LIMITED PARTNERSHIP,      )
                                )
    Defendant.                  )

### AFFIDAVIT OF MARK HUGHES

I, Mark Hughes, under penalties of perjury, states of my own personal knowledge as follows:

1. I am an Executive Construction Coordinator for Whole Foods Market Group, Inc.

2. In my capacity as an Executive Construction Coordinator, I oversee all demolition and construction projects at 2321 and 232 Wisconsin Avenue, NW, Washington, D.C. 20007 (the "Georgetown Store").

3. Prior construction has been performed at the Georgetown Store in 1997, 2001, and 2006. In 2006, the entire store was remodeled at a substantial cost and without closing the store.

4. All demolition at the Georgetown Store performed in 2017 has been in connection with a recent rodent problem, which demolition was performed on an emergency basis.

5. Steritech Group, Inc. performed preventative and remedial pest control services at the Georgetown Store pursuant to an agreement dated April 2, 2014. Prior to receipt of 2017 Inspection Reports from the District of Columbia, Steritech Group, Inc. performed weekly maintenance services.

6. After demolition had already begun in connection with curing the rodent problem, it became clear that, because of the extent of demolition required to address the rodent problem, any rebuild should include a remodel of the existing Georgetown Store interior.

7. To rebuild the store, construction permits are required from the District of Columbia. I understand the typical time frame to obtain construction permits is approximately six (6) months from the date the permit application is submitted.

8. The permit application for the Georgetown Store's remodel was substantially completed on May 23, 2017. However, the permit application requires consent of the owner of the underlying real estate. Until the Georgetown Store's landlord, Wical Limited Partnership, provides its consent, the permit application cannot be submitted.

9. Since Whole Foods Market Group, Inc. has not yet received permits from the District of Columbia, no construction has begun to rebuild or remodel the Georgetown Store.

10. In the meantime, an architect has been engaged to prepare plans necessary to obtain required permits.

11. A full copy of the plans were provided to Scott Ogden of Wical Limited Partnership on July 6, 2017 via courier. A copy of the cover letter submitting the plans is attached hereto and incorporated herein as **Exhibit 1**.

12. If called as a witness I would testify to same.

Further affiant sayeth naught.

By: _____
Mark Hughes

Subscribed and sworn to before me
this 10th day of July, 2017.

_____
Notary Public

P:\Clients\Whole Foods\Georgetown, D.C.\Lease Dispute 2017\Motion for TRO, Preliminary Inj, & Rent Escrow\Affidavit of Mark Hughes.doc

MARGARET D. LUTSKY
Notary Public-Maryland
Montgomery County
My Commission Expires
August 31, 2019

# EXHIBIT 1
## TO AFFIDAVIT OF MARK HUGHES

### LETTER TO WICAL LIMITED PARTNERSHIP DATED JULY 5, 2017
(DELIVERED VIA COURIER JULY 6, 2017)



**MID ATLANTIC REGIONAL OFFICE**
5515 SECURITY LANE, SUITE 900
ROCKVILLE, MD 20852  301 984 4874
WHOLE FOODS. WHOLE PEOPLE. WHOLE PLANET.

7/5/17

WICAL Limited Partnership
1120 Vermont Ave., NW
Suite 900
Washington, DC 20005

Attn: Mr. Scott Ogden

Re: WFM Georgetown, Washington DC
    Reno Plan Submission

Dear Sir,

By way of this letter, Whole Foods Market is submitting our Renovation Plans and Specs for your review. Your approval of the plans will not be construed to be a waiver of your position in the lawsuit nor consent to Whole Foods proceeding with the proposed work. It is requested solely to make the best use of everyone's time by allowing the permitting process to proceed in the event the parties decide to move forward with the rebuild of the store.

Please don't hesitate to contact me at 301-984-2082 with any questions or concerns.

Very Truly,

Mark Hughes
Executive Construction Coordinator

Cc: File
    Norman Berger, Esq.
    David Camp, Esq.

Enclosure: Plan List

WWW.WHOLEFOODSMARKET.COM



ROUNDS VANDUZER ARCHITECTS PC

05 July 2017

Mark Hughes
Whole Foods Market
Executive Construction Coordinator
5515 Security Lane, Suite 900
Rockville, MD, 20852

Whole Foods Market
Glover Park, Washington, DC

Dear Mark:

The following drawings are incorporated in the Issue for Permit Set dated 26 May 2017 for the renovation of the Glover Park Store in Washington, DC.

| Sheet No. | Sheet Title | Issue Date |
|---|---|---|
| A0.01 | COVER SHEET | 05.26.17 |
| A0.02 | CODE ANALYSIS & ACCESSIBILITY GUIDELINES | 05.26.17 |
| A0.03 | ARCHITECTURAL SITE PLAN | 05.26.17 |
| A0.10 | AS-BUILT / DEMO PLAN - GROUND FLOOR | 05.26.17 |
| A0.11 | AS-BUILT / DEMO PLAN - GARAGE-1 | 05.26.17 |
| A0.12 | AS-BUILT / DEMO PLAN - GARAGE-2 | 05.26.17 |
| A0.13 | AS-BUILT / DEMO PLAN - ROOF | 05.26.17 |
| A0.14 | DEMO SLAB PLAN | 05.26.17 |
| A0.15 | AS-BUILT / DEMOLITION RCP, GROUND FLOOR | 05.26.17 |
| A1.01 | EQUIPMENT PLAN, GROUND FLOOR | 05.26.17 |
| A1.02 | EQUIPMENT PLAN, GARAGE-1 | 05.26.17 |
| A1.03 | LARGE SCALE PLANS & EQUIPMENT SCHEDULE | 05.26.17 |
| A1.04 | EQUIPMENT SCHEDULE | 05.26.17 |
| A2.00 | SLAB PLAN | 05.26.17 |
| A2.01 | FLOOR & PARTITION PLAN | 05.26.17 |
| A2.02 | MILLWORK & BLOCKING PLAN | 05.26.17 |
| A2.03 | REFLECTED CEILING PLAN AT GROUND FLOOR | 05.26.17 |
| A2.04 | REFLECTED CEILING PLAN AT GARAGE 1 | 05.26.17 |
| A4.01 | LARGE SCALE PLANS & DETAILS | 05.26.17 |
| A5.01 | FLOOR FINISH PLAN | 05.26.17 |
| A5.02 | WALL FINISH PLAN | 05.26.17 |
| A5.03 | BULKHEAD FINISH PLAN | 05.26.17 |
| A5.04 | FINISH SCHEDULE | 05.26.17 |
| A5.05 | INTERIOR ELEVATIONS | 05.26.17 |
| A5.06 | INTERIOR ELEVATIONS | 05.26.17 |
| A6.01 | DOOR & HARDWARE SCHEDULE & DETAILS | 05.26.17 |

**ROUNDS VANDUZER** ARCHITECTS PC

| | | |
|---|---|---|
| A6.02 | PARTITION TYPES, WINDOW SCHEDULE & DETAILS | 05.26.17 |
| A8.01 | PARTIAL WALL SECTIONS | 05.26.17 |
| A8.02 | PARTIAL WALL SECTIONS | 05.26.17 |
| A8.03 | PARTIAL WALL SECTIONS | 05.26.17 |
| A8.04 | PARTIAL WALL SECTIONS | 05.26.17 |
| A8.05 | PARTIAL WALL SECTIONS | 05.26.17 |
| A9.01 | COOLER & FREEZER DETAILS | 05.26.17 |
| A9.02 | DETAILS | 05.26.17 |

STRUCTURAL

| | | |
|---|---|---|
| S0.01 | STRUCTURAL NOTES, ABBREV. & SYMBOL LEGEND | 05.26.17 |
| S1.01 | FIRST FLOOR SLAB PLAN | 05.26.17 |
| S1.02 | CFMF BULKHEAD FRAMING PLAN | 05.26.17 |
| S1.03 | ROOF FRAMING PLAN | 05.26.17 |
| S1.04 | PARTIAL VESTIBULE 01 FRAMING PLAN | 05.26.17 |
| S2.01 | WALL SECTIONS | 05.26.17 |
| S2.02 | WALL SECTIONS | 05.26.17 |
| S2.03 | WALL SECTIONS | 05.26.17 |
| S2.11 | WALL SECTIONS | 05.26.17 |
| S3.01 | TYPICAL FOUNDATION SECTIONS & DETAILS | 05.26.17 |
| S4.01 | TYPICAL FRAMING SECTIONS & DETAILS | 05.26.17 |
| S5.01 | TYPICAL SLAB CFMF & DETAILS | 05.26.17 |

MECHANICAL

| | | |
|---|---|---|
| M101 | MECHANICAL PLAN | 05.26.17 |
| M103 | HVAC ROOF PLAN | 05.26.17 |
| M301 | HVAC DETAILS | 05.26.17 |
| M601 | HVAC SCHEDULES | 05.26.17 |
| M701 | HOOD DETAILS, SHEET 1 | 05.26.17 |
| M702 | HOOD DETAILS, SHEET 2 | 05.26.17 |
| M703 | FAN DETAILS, SHEET 1 | 05.26.17 |
| M704 | FAN DETAILS, SHEET 2 | 05.26.17 |
| M705 | FAN DETAILS, SHEET 2 | 05.26.17 |

PLUMBING

| | | |
|---|---|---|
| P001 | PLUMBING INFORMATION SHEET | 05.26.17 |
| P101 | WASTE & VENT DEMOLITION PIPING PLAN | 05.26.17 |
| P102 | WASTE & VENT PIPING PLAN | 05.26.17 |
| P201 | DOMESTIC WATER PIPING DEMOLITION PLAN | 05.26.17 |
| P202 | DOMESTIC WATER PIPING PLAN | 05.26.17 |
| P203 | DOMESTIC WATER RISER DIAGRAM | 05.26.17 |
| P301 | GAS DEMOLITION PIPING PLAN | 05.26.17 |
| P401 | PLUMBING SCHEDULES | 05.26.17 |

**ROUNDS VANDUZER** ARCHITECTS PC

| | | |
|---|---|---|
| P402 | PLUMBING DETAILS | 05.26.17 |

ELECTRICAL

| | | |
|---|---|---|
| E101 | FIRST FLOOR LIGHTING PLAN | 05.26.17 |
| E102 | LIGHTING PART PLANS, SCHEDULES & DETAILS | 05.26.17 |
| E201 | POWER PLAN | 05.26.17 |
| E202 | ELECTRICAL SYMBOL LEGEND, DETAILS & DIAGRAMS | 05.26.17 |
| E203 | ENLARGED DEPARTMENT POWER PLANS | 05.26.17 |
| E204 | ENLARGED DEPARTMENT POWER PLANS | 05.26.17 |
| E301 | REFRIGERATION POWER PLAN | 05.26.17 |
| E302 | REFRIGERATION DETAILS & DIAGRAMS | 05.26.17 |
| E501 | RISER DIAGRAM | 05.26.17 |
| E502 | PANEL SCHEDULES, SHEET 1 | 05.26.17 |
| E503 | PANEL SCHEDULES, SHEET 2 | 05.26.17 |
| E601 | ELECTRICAL EQUIPMENT SCHEDULE | 05.26.17 |
| EN-101 | DCRA ENERGY VERIFICATION PLAN | 05.26.17 |

REFRIGERATION

| | | |
|---|---|---|
| R-1 | REFRIGERATION PLAN | 05.26.17 |
| R-5 | REFRIGERATION DETAILS | 02.27.17 |
| R-6 | REFRIGERATION SCHEDULES | 02.27.17 |

In addition, the Project Manual dated 26 May 2017 is included in the current set of contract documents.

Sincerely,

*Mark McA*

Mark McAfee