UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WHOLE FOODS MARKET GROUP, INC., <br><br> **Plaintiff,** <br><br> v. <br><br> WICAL LIMITED PARTNERSHIP, <br><br> **Defendant.** | Case No: 17-cv-01079-RCL |

## ORDER

Before the Court is the plaintiff's Motion for Judicial Escrow of Plaintiff's Rents. Upon consideration of the pleadings, the relevant law, and the entire record of this case, the Court **GRANTS** plaintiff's motion. Pursuant to Federal Rule of Civil Procedure Rule 67 and Local Rule 67.1, the Court **ORDERS** the following: the Clerk of the United States District Court for the District of Columbia is directed to accept Plaintiff's rental payments in escrow and Plaintiff shall deposit its monthly rent with the Registry of the Court, rather than Defendant, until further notice of the Court.

It is **SO ORDERED.**

Date: June 22, 2018

_____
Royce C. Lamberth
United States District Judge